No. 861. GILBERT *v.* GENERAL MOTORS CORP. May 3, 1943. Petition for writ of certiorari to the Circuit Court

of Appeals for the Second Circuit denied. *Messrs. John D. Meyer* and *Frank Keiper* for petitioner. *Messrs. Drury W. Cooper* and *Allan C. Bakewell* for respondent.